IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUANITA WAY,<br><br>   *Plaintiff,*<br><br>v.<br><br>ASPIRA INC. OF PENNSYLVANIA,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 17-0579 |

## **ORDER**

**AND NOW**, this 20th day of March, 2018, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 27), Plaintiff's Response (ECF No. 30), Defendant's Reply (ECF No. 31), and following oral argument with counsel for the parties (ECF No. 34), it is **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk shall enter judgment in favor of ASPIRA and the case shall be **CLOSED** for statistical purposes.

               BY THE COURT:

               ***/s/ Gerald J. Pappert***
               GERALD J. PAPPERT, J.